450 A.2d 188

Commonwealth v. Truesdale, Appellant.

Submitted March 29, 1982.
William P. James, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Order affirmed.

450 A.2d 188

Commonwealth v. White, Appellant.

Petition for Allowance of Appeal
Denied Nov. 15, 1982.

Argued June 3, 1982. Aaron Morton Matte, Assistant Public Defender, for appellant; Robert Lee Steinberg, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

The order is affirmed.